## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>JAMES R. BOLCH, PHILLIP DAMASKA, ED MOPAS, JOHN HOGARTH, R. PAUL HIRT, JR., EXIDE TECHNOLOGIES, and CRAIG JALBERT, IN HIS CAPACITY AS TRUSTEE OF THE VERNON TORT CLAIMS TRUST,<br><br>Defendants. | Civil Action No. 16-710 CFC |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| THE ROSNER LAW GROUP LLC | PACHULSKI STANG ZIEHL & JONES LLP |
| */s/ Scott J. Leonhardt*<br>Frederick B. Rosner (DE 3995)<br>Scott J. Leonhardt (DE 4885)<br>Jason A. Gibson (DE 6091)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>(302) 777-1111<br>leonhardt@teamrosner.com<br>*Delaware Counsel to Craig Jalbert, In his Capacity as Trustee of the Vernon Tort Claims Trust* | */s/ James E. O'Neill*<br>James E. O'Neill (DE 4042)<br>Laura Davis Jones (DE 2436)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>joneill@pszjlaw.com<br>*Counsel to James R. Bolch, Phillip Damaska, Ed Mopas, John Hogarth, R. Paul Hirt, Jr., and Exide Technologies* |

WHITE AND WILLIAMS LLP
*/s/ Marc S. Casarino*
Marc S. Casarino (DE 3613)
Courthouse Square
600 N. King Street, Suite 800
Wilmington, DE 19801
(302) 467-4520
casarinom@whiteandwilliams.com
*Counsel for Plaintiff Allied World National Assurance Company*

21843635v.1